IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEVEN M. JACOB,

                    Plaintiff,

          vs.

PATRICK CONDON, County Attorney for
Lancaster County, Nebraska;

                    Defendant.

4:25CV3093

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time and to Alter or Amend an Order, Filing No. 16. Plaintiff states that, due to injury, he is unable to comply with the Court's deadline for filing an amended complaint. He requests that the Court extend the deadline for filing an amended complaint until April 28, 2026. The Court concludes the Motion to Extend will be granted.

Plaintiff also requests that the Court's Memorandum and Order, Filing No. 15 (the "Initial Review Order"), be amended to permit Plaintiff to file a supplement to the original Complaint rather than an entirely new superseding complaint. See Filing No. 16 at 2. Plaintiff invokes NECivR 15.1(b), which gives the Court discretion to "consider the amended pleading as supplemental to, rather than as superseding, the original pleading, unless the pleading states that it supersedes the prior pleading." However, as stated in the Initial Review Order, the amended complaint will supersede his prior pleadings, and the Court will not amend its Initial Review Order to permit piecemeal filing of supplemental materials. In other words, to comply with the Initial Review Order, Plaintiff must file a single document as an amended complaint.

Plaintiff expresses concern about needing to re-type a nearly 40-page complaint and resubmit over 280 exhibits. However, Plaintiff need not necessarily re-type his allegations. The Initial Review Order orders Plaintiff to restate the allegations of his Complaint and any new allegations. Plaintiff may comply with this directive in several ways, including by re-filing the original Complaint with an addendum to add any new allegations. Additionally, Plaintiff may incorporate previously filed exhibits into his amended complaint by reference and may file additional exhibits he wishes to incorporate into his amended complaint.

IT IS THEREFORE ORDERED:

1.    Plaintiff's Motion for Extension of Time and to Alter or Amend an Order, Filing No. 16, is granted, in part, as follows: Plaintiff shall have until April 28, 2026, to file his amended complaint. The Motion is otherwise denied.

2.    The Clerk's office is directed to terminate the previous pro se case management deadline of February 27, 2026, and to set a pro se case management deadline using the following text: **April 28, 2026**: check for amended complaint.

Dated this 2nd day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge